IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA ROBINSON, individually and as executor of the Estate of ANDREW E. TAYLOR | : | CIVIL ACTION |
| v. | : | No. 25-4511 |
| COMPU-LINK CORP. | : | |

**ORDER**

AND NOW, this 21st day of August, 2026, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Dkt. No. 9), Plaintiff's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion is DENIED in part and GRANTED in part as follows:

1. The Motion is DENIED as to Count I.
2. The Motion is GRANTED as to Counts II and III insofar as Plaintiff asserts them in her individual capacity. Counts II and III DISMISSED WITH PREJUDICE insofar as Plaintiff asserts them in her individual capacity.
3. The Motion is DENIED as to Counts II and III insofar as Plaintiff asserts them in her capacity as executor.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.